# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DVISION

**DATE** 3/25/2025

| **CHIEF DISTRICT JUDGE** <br> Amos L. Mazzant, III | **COURT REPORTER:** Chris Bickham <br> **COURTROOM DEPUTY:** Keary Conrad |
|---|---|
| UNITED STATES OF AMERICA <br><br> V. <br><br> DARRYL MARVIN DOMINGUEZ | CASE NUMBER 4:21CR285.14 |

| ATTORNEY FOR GOVERNMENT | ATTORNEY FOR DEFENDANT |
|---|---|
| Eric Erlandson, AUSA | Philip Ray |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Sentencing |
|---|---|
| 10:16 a.m. | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR and is satisfied with the accuracy of the report. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by Government or Defendant. |
| 10:17 a.m. | The Court notes Defendant pled guilty to Count 4 of the Fourth Superseding Indictment pursuant to a plea agreement. The Court accepts the plea agreement. |
| 10:17 a.m. | TOL: 29, CHC IV, Count 4: 121-151 months. |
| 10:17 a.m. | The Court hears from Defendant's counsel regarding sentence. Defendant argues for the low end of the guideline range. |
| 10:18 a.m. | The Court hears from Government. Government agrees with the low end of the guideline range. |
|  | Defendant does not allocute. |
| 10:18 a.m. | The sentence imposed for a total term of 121 months. Court recommends the Defendant receive appropriate mental health and drug treatment while imprisoned. Fine waived. special assessment of $100, supervised release for a term of 5 years, ineligible for all federal benefits for a period of 1 year. All mandatory and special conditions were referred to as referenced in the PSR. The Court confirmed that the Defendant has reviewed General Order 17-3 and has no objections. |
| 10:20 a.m. | Defendant's counsel requests the Court recommend FCI Texarkana, Texas, if available. |
| 10:20 a.m. | The Court notes the preliminary order of forfeiture and will sign the final order of forfeiture upon receipt. Rights of appeal addressed. |

| | |
|---|---|
| 10:21 a.m. | Government orally moves to dismiss Count 5.  Court orally grants Government's motion. |
| 10:21 a.m. | Defendant remanded to custody of USM. |

**DAVID O'TOOLE, CLERK**

BY: *Keary Conrad*
Courtroom Deputy Clerk