IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | No. 4:21-CR-285 |
| | § | Judge Mazzant |
| DARRYL MARVIN DOMINGUEZ (14) | § | |

# DECLARATION OF PUBLICATION

Pursuant to the Court's Amended Preliminary Order of Forfeiture entered on May 23, 2024, Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least thirty (30) consecutive days, beginning on May 30, 2024, and ending on June 28, 2024, pursuant to 21 U.S.C. § 853(n)(1) and the Attorney General's authority to determine the manner of publication of an Order of forfeiture in a criminal case.

    Respectfully submitted,

    ABE MCGLOTHIN, JR
    Acting United States Attorney

    /s/ Matthew T. Johnson
    MATTHEW T. JOHNSON
    Assistant United States Attorney
    600 East Taylor Street, Suite 2000
    Sherman, Texas 75090
    Texas Bar No. 24060033
    (903) 893-1843
    (903) 892-2792 (fax)
    Matthew.Johnson@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of this document was served by electronic filing to opposing counsel on March 25, 2025.

/s/ Matthew T. Johnson
MATTHEW T. JOHNSON
